IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY J. PHILLIPS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-439-bbc

v.

CAROL HOLINKA, Warden,
Oxford Federal Correctional Institition,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the respondent Carol Holinka denying petitioner Gregory Phillips' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 for his failure to show that he is in custody in violation of the Constitution or laws of the United States.

_Peter Oppeneer_      11/19/10

Peter Oppeneer, Clerk of Court      Date