IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY J. PHILLIPS,

    Petitioner,

v.

CAROL HOLINKA, Warden,
Oxford Federal Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

10-cv-439-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting the petition of Gregory J. Phillips for a writ of habeas corpus under 28 U.S.C. § 2241.

*L. Jensen, Deputy Clerk*      4/27/2012

Peter Oppeneer, Clerk of Court      Date